Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7**

| | |
|---|---|
| ROCKLIN MANUFACTURING CO. | |
| Plaintiff,<br>v. | Court No.          26-1592 |
| U.S. Customs and Border Protection et al. | |
| Defendant. | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 06/30/2026
_____

/s/ Stephen C. Tosini
_____
Signature of Plaintiff's Attorney

Stephen C. Tosini
_____
Attorney for Plaintiff

Law Office of Stephen Tosini
_____
Firm

1717 K St. NW, rm 900
_____
Street Address

Washington, DC 20006
_____
City, State and Zip Code

(202) 893-0496
_____
Telephone Number

stephen.tosini@importdefense.com
_____
E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 26-1592 | Rocklin Manufacturing Co. | | |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
                Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)